UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-22575-CIV-JORDAN

| | |
|---|---|
| ARIADNE SOFIA PUERTO, | ) |
| Movant | ) ) ) |
| vs. | ) ) |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent | ) ) |

### ORDER SETTING HEARING

The Court will hear argument on the objections to the magistrate judge's report and recommendation [D.E. 39] at 9 a.m. on Friday, March 15, 2013, at the Wilkie D. Ferguson, Jr. United States Courthouse, Miami, Florida. Each side has twenty minutes to present argument.

DONE and ORDERED in chambers in Miami, Florida, this 6th day of March, 2013.

_____
Adalberto Jordan
United States District Judge

Copies to:   All counsel of record